# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No:   6:15-cv-319-Orl-22KRS**

**RAOUL MOSQUERA,**

      **Defendant.**

## ORDER

This cause comes before the Court upon a review of the docket. Plaintiff has failed to move for default judgment within 60 days of service. Local Rule 1.07(b) permits the Court to dismiss a case without notice and without prejudice when counsel fails to apply for a default and proceed without delay to apply for a judgment within 60 days of service.

Based on the foregoing, it is ordered as follows:

1. This case is hereby DISMISSED without prejudice.

2. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 2, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record